UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.B., | |
|                   Plaintiff, | **NOTICE OF MOTION** |
| -against- | 1:17-cv-08347-AT |
| THE NEW SCHOOL, | |
|                   Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated January 17, 2018, defendant The New School will move this Court before the Honorable Analisa Torres, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 26(c), staying all discovery in the above-captioned action pending the resolution of The New School's motion to dismiss, and for any other relief that the Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Civil Rules for the Southern and Eastern Districts of New York, opposing affidavits and answering memorandum of law, if any, must be served on the undersigned within seven (7) days of the service of these moving papers.

Dated: January 17, 2018

                                        By:<u>    s/ Joshua M. Agins    </u>

                                        Thomas S. D'Antonio
                                        Joshua M. Agins
                                        WARD GREENBERG HELLER & REIDY LLP
                                        1800 Bausch & Lomb Place
                                        Rochester, New York 14604
                                        Telephone: (585) 454-0700
                                        tdantonio@wardgreenberg.com
                                        jagins@wardgreenberg.com

To: Stewart Lee Karlin, Esq. (*via CM/ECF*)
    Daniel E. Dugan, Esq. (*via CM/ECF*)