UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
B.B.,

                      Plaintiff,

      -against-

THE NEW SCHOOL,

                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/18

17 CIVIL 8347 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 30, 2018, the New School's motion to dismiss is GRANTED and its motion to stay discovery is DENIED as moot. The case is REMANDED to the Supreme Court, New York County.

**Dated:** New York, New York
        May 1, 2018

                                       **RUBY J. KRAJICK**

                                       Clerk of Court

                **BY:**

                                       **Deputy Clerk**